United States District Court

Eastern District of California

Jason Herring,

    Petitioner,                      No. Civ. S-05-2651 GEB PAN P

  vs.                                 Order

C.E. Finn, Warden,

    Respondent.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1 | Within 30 days from the day this order is signed petitioner
2 | may submit either the filing fee or the application required by
3 | section 1915(a).  The clerk of the court is directed to mail to
4 | petitioner a form application for leave to proceed in forma
5 | pauperis.  Failure to comply with this order will result in this
6 | file being closed.
7 | So ordered.
8 | Dated:  January 10, 2006.

                      /s/ Peter A. Nowinski
                      PETER A. NOWINSKI
                      Magistrate Judge